UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-36-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JASON BEGANY | ) |

This matter comes before the Court by motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, on behalf of the victim Abdul Wasi Faqiri Company. In the motion, the United States requests that the Court enter an order directing that payment of restitution due and owing be paid to the victim through his designated legal counsel. In support thereof, the United States attached a notarized affidavit from the company's legal counsel with specific instructions on how to handle disbursement of the restitution funds. Based upon the representations made by counsel for the victim contained in the affidavit, the Court hereby directs the Clerk of Court to transmit all restitution payments to the victim via a check, payable to the order of "DC IOLTA Trust Accounts, Law Office of Joseph Hennessey, LLC Trustee," and that the check be sent to "Joseph A. Hennessey, Esq., Beins, Goldberg & Hennessey, LLP, 2 Wisconsin Circle, Suite 700, Chevy Chase, MN 20815."

It is further ordered that counsel for the victim, Abdul Wasi Faqiri Company, file a notice with the Court within sixty (60) days of the date of this Order confirming that the restitution monies have in fact been transferred from the trust account to the victim.

SO ORDERED THIS ___4___ DAY OF OCTOBER, 2013.

HONORABLE TERRENCE W. BOYLE
United States District Court Judge